# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **QUINTIN DROLLINGER,**<br><br>          Plaintiff,<br><br>v.<br><br>**JON BOWENS and TRENT ANDERSON,**<br><br>          Defendants. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>**Case No. 2:14CV295DAK**<br><br>**Judge Dale A. Kimball** |

This case was referred to Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B). On July 20, 2015, Magistrate Judge Furse issued a Report and Recommendation, recommending that the court grant Defendants' Motion to Dismiss without prejudice and allow Plaintiff leave to amend his Complaint. Magistrate Judge Furse also recommended that the court deny Plaintiff's motions for default judgment. The Report and Recommendation notified the parties that any objections to the Report and Recommendation must be filed within fourteen days of receiving it. The court has not received any objections and the time for doing so has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the record *de novo* with respect to the present motion. After conducting a *de novo* review of the record with respect to the pending motions, the court finds no basis for reversing or modifying

the Report and Recommendation.  Accordingly, Magistrate Judge Furse's July 20, 2015 Report

and Recommendation is hereby affirmed and adopted in its entirety as the Order of this court.

Defendant's motion to dismiss is granted without prejudice for the reasons set forth in Magistrate

Judge Furse's Report and Recommendation.  Therefore, Plaintiff has thirty days from the date of

this Order to amend his Complaint.  In addition, Plaintiff's motions for default judgment are

denied.

        DATED this 12th day of August, 2015.

                                BY THE COURT:

                                _____
                                DALE A. KIMBALL
                                United States District Judge